# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MUKESHKUMAR B. PATEL,

   Plaintiff,

       v.

VITHALBHAI D. DHADUK, a/k/a
VITHAL D. DHADUK,

   Defendant.

NO. 3:17-CV-02243

(JUDGE CAPUTO)

## ORDER

**NOW**, this 5th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss Defendant's Counterclaims (Doc. 29) is **GRANTED**.

(2) Defendant's Counterclaims I, II, III, and IV are **DISMISSED with prejudice.**

(3) Defendant's Counterclaim V for tortious interference is **DISMISSED without prejudice** to Defendant filing an amended answer with affirmative defenses and counterclaims within **twenty-one (21)** days from the entry of this Order to plead a plausible tortious interference claim.

(4) Failure to timely file an amended answer with affirmative defenses and counterclaims will result in the dismissal of the tortious interference claim **with prejudice.**

                                  /s/ A. Richard Caputo
                                  A. Richard Caputo
                                  United States District Judge