# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUKESHKUMAR B. PATEL,<br><br>  Plaintiff,<br><br>        v.<br><br>VITHALBHAI D. DHADUK, a/k/a<br>VITHAL D. DHADUK,<br><br>  Defendant. | NO. 3:17-cv-02243<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 2nd day of December, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 39) filed by Plaintiff, Mukeshkumar B. Patel is **GRANTED**.

(2) Judgment is entered in favor of Plaintiff, Mukeshkumar B. Patel and against Defendant, Vithalbhai D. Dhaduk, on Count I of the Amended Complaint (Doc. 7).

(3) Judgment is entered in favor of Patel and against Dhaduk in the amount of $9.45 million.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge